IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHURCH MUTUAL<br>INSURANCE COMPANY | §<br>§<br>§ | |
| V. | § | NO. 1:10-CV-9 (Lead Case) |
| | § | |
| CONGREGATION TEMPLE<br>EMANUEL | §<br>§ | |

**Consolidated Cases**

| | | |
|---|---|---|
| CONGREGATION TEMPLE<br>EMANUEL | §<br>§<br>§ | |
| V. | § | NO. 1:10-CV-378 |
| | § | |
| CHURCH MUTUAL<br>INSURANCE COMPANY | §<br>§ | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred these subsequently consolidated cases to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to Referral Orders filed on January 12, 2010 and July 15, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss and enter judgment pursuant to voluntary dismissal.

The magistrate judge's report is hereby **ADOPTED** and the parties "Agreed Motion to Dismiss" (Docket No. 32) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **30** day of **November, 2010.**

Thad Heartfield
United States District Judge